**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SONY BMG Music Entertainment, et al., ) | Case No.: 2:06-cv-01929-PHX-SMM |
| Plaintiffs, ) | |
| v. ) | DEFAULT JUDGMENT AND PERMANENT INJUNCTION |
| Amanda Tacke, ) | |
| Defendant. ) | |

Based upon Plaintiffs' Motion For Entry Of Default Judgment By The Court [Dkt. 9], and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($ 420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound

1 recordings:

2,3 • "Every Time I Close My Eyes," on album "The Day," by artist "Babyface" (SR# 231-025);

4,5 • "Waiting For Tonight," on album "On The 6," by artist "Jennifer Lopez" (SR# 267-571);

6,7 • "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);

8,9 • "If It's Over," on album "Emotions," by artist "Mariah Carey" (SR# 134-831);

10,11 • "Love Takes Time," on album "Mariah Carey," by artist "Mariah Carey" (SR# 118-408);

12,13 • "Dreamlover," on album "Music Box," by artist "Mariah Carey" (SR# 178-631);

14,15 • "Against All Odds," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);

16,17 • "Breakdown," on album "Butterfly," by artist "Mariah Carey" (SR# 244-014);

18 • "Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);

19 and in any other sound recording, whether now in existence or later created, that is owned or
20 controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)
21 ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online
22 media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to
23 distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs'
24 Recordings available for distribution to the public, except pursuant to a lawful license or

25

1  with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
2  Recordings that Defendant has downloaded onto any computer hard drive or server without
3  Plaintiffs' authorization and shall destroy all copies of those downloaded recordings
4  transferred onto any physical medium or device in Defendant's possession, custody, or
5  control.

      DATED this 12th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge